UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHY YOUNGSMAN

      Plaintiff,

v.   Case No: 2:13-cv-583-FtM-29UAM

BAY ELECTRIC OF COLLIER COUNTY, INC., a Florida Profit Corporation,

      Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #21), filed January 7, 2014, recommending that the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of the Action *With Prejudice* (Doc. #18) be granted, the Confidential Settlement Agreement and Claimant's Full and Final Release of Claims for Unpaid Wages (Doc. #18-1) be approved as fair and reasonable, and the case be dismissed with prejudice.  The parties filed a Joint Notice of Non Objection to Report and Recommendation (Doc. #23) on January 9, 2014, seeking to have their motion granted.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir.

2010). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994). After a careful and complete review of the findings and recommendations, and finding no objection, the Court finds that the Report and Recommendation of the Magistrate Judge should be approved.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #21) is hereby **adopted** and the findings incorporated herein.

2. The parties' Joint Motion for Approval of Settlement Agreement and Dismissal of the Action *With Prejudice* (Doc. #18) is **granted** and the Confidential Settlement Agreement and Claimant's Full and Final Release of Claims for Unpaid Wages (Doc. #18-1) is **approved** as a fair and reasonable resolution.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all pending deadlines as moot, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   10th   day of January, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
All Parties of Record